

**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*

---

*Michael C. Hanlon*
*Assistant United States Attorney*
*Chief, Criminal Division*

*Suite 400*
*36 S. Charles Street*
*Baltimore, MD 21201-3119*

*DIRECT: 410-209-4895*
*MAIN: 410-209-4800*
*FAX: 410-962-9293*
*Michael.Hanlon@usdoj.gov*

May 13, 2025

The Honorable Stephanie A. Gallagher
United States District Judge
U.S. Courthouse
101 W. Lombard Street
Baltimore, Maryland 21201

  Re: <u>United States v. Eric Davon Crews</u>
    Crim. No. SAG-22-0372

Dear Judge Gallagher:

  I write to provide the Court with information concerning restitution in the above-referenced matter. The government requests restitution in the following amounts for the following victim businesses (I will provide address information separately):

  Boost Mobile Store
  Dundalk, Maryland
  $2200 (for the Court's information, this is the value of currency taken during the robbery. Cell phones were also taken but were later recovered).
  (in connection with September 2, 2021 robbery)
  (joint and several with co-defendant Zaid Morgan)

  7-Eleven Store
  6700 Brentwood Avenue
  Baltimore, Maryland 21222
  $50
  (in connection with the September 3, 2021 robbery)
  (joint and several with co-defendant Zaid Morgan)

  7-Eleven Store
  Clinton, Maryland
  $100
  (in connection with December 20, 2021 robbery)
  (joint and several with co-defendant Siddiq Redd)

      The Defendant also admitted to three carjackings. Although the vehicles in those cases were recovered, I am awaiting word from my Office's victim coordinator on whether we have any restitution information from those victims. I ask that the government be allowed to supplement any information on that subject by Thursday May 15, 2025. I have conferred with defense counsel who is agreeable to that timing.

      I thank the Court for its consideration of this matter.

      Respectfully Submitted,

      Kelly O. Hayes
      United States Attorney

      By:_____/s/_____
      Michael C. Hanlon
      Assistant United States Attorney

cc:    Christopher Nieto, Esquire (via email)